UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JARED VILLASENOR,<br><br>　　　　Defendant. | Case No. 2:22-mj-00432-VCF<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, October 12, 2022 at 9:00 a.m., be vacated and continued to November 16, 2022 at the hour of  9 :00  a .m.; or to a time and date convenient to the court.

　　　DATED this  11  day of October, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3