# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

JARED VILLASENOR,

        Defendant.

Case No. 2:22-mj-00432-VCF

**Order**

    IT IS THEREFORE ORDERED the defendant having completed all the conditions of probation and satisfied the requirements of the plea agreement; this case is closed.

    Dated this 17th day of May, 2024.

_____

UNITED STATES MAGISTRATE JUDGE

3